LOUIS H. SCHROEDER et al., Appellants, v. ZIGMUND ZIRING, Respondent, et al., Defendants.—

The present action, as disclosed by the pleadings, concerns many elements similar to those asserted under the counterclaim in the first action. There is not identity, however. In addition, the present action concerns the rights of additional parties. (*Westminster Church* v. *Presbytery of N. Y.*, 211 N. Y. 214.) Upon proper application the causes might well be consolidated. Carswell, Johnston, Adel, Taylor and Lewis, JJ., concur.